CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California  95814
Telephone:    (916) 414-8050
Facsimile:     (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant ALEX VELASQUEZ RANGEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ALEX VELASQUEZ RANGEL<br><br>            Defendants. | Case No. 2:15-CR-0093 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:   May 22, 2015<br>Time:   9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Alex Velasquez Rangel ("the Defendant"), by and through his counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on May 22, 2015, at 9:00 a.m. before Judge Garland E. Burrell.

2.    By this stipulation, defendant now moves to continue the status conference until July 31, 2015, at 9:00 a.m. before Judge Garland E. Burrell, Jr., and to exclude time between May 22, 2015, and July 31, 2015, inclusive, under Local Code T4 (to allow defense counsel time to prepare).  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      As of the date of this filing, discovery has not yet been produced.

b.      There are two related cases, 2:15-CR-0073 GEB and 2:15-CR-92 GEB, that have four (4) wire taps.  At the appearance in Magistrate Court, the government estimated there were hundreds of hours of audio recordings.  The government has also indicated that the Defendant is associated with some of those wire taps.

c.      Counsel for the Defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government does not object to the continuance.

e.      Based on the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 22, 2015, to July 31, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the Defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

Respectfully submitted,

Dated: May 15, 2015          */s/ Candice L. Fields* for
                             Christiaan H. Highsmith
                             Assistant United States Attorney
                             Attorney for Plaintiff


Dated: May 15, 2015          */s/ Candice L. Fields*
                             Candice L. Fields
                             Counsel for Defendant
                             ALEX VELASQUEZ RANGEL


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 22, 2015, is continued to July 31, 2015, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from May 22, 2015, to and including July 31, 2015, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] [Local Code T4].

IT IS SO ORDERED.

Dated:  May 18, 2015


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE