BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEX VELASQUEZ RANGEL,<br>    aka Juan Manuel Serrano-Garcia<br><br>    Defendant. | CASE NO. 2:15-CR-0093-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: October 16, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 16, 2015.

2. On October 16, 2015, this Court held a status conference and granted defense counsel's motion to withdraw, with current counsel to remain as counsel until new counsel is appointed. At this status hearing, the Court set a new hearing date of November 20, 2015.

3. By this stipulation, the defense now moves to exclude time between October 16, 2015, and November 20, 2015, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes documents and CD/DVDs Bates numbered 1-922. All of this discovery has been either

1  produced directly to counsel and/or made available for inspection and copying.

2      b)    Counsel for defendant desires additional time to obtain or substitute counsel under
3  Local Code T4 and to ensure that newly appointed counsel has time to review the evidence in
4  this case and discuss the current charges and the evidence with his or her client.

5      c)    Counsel for defendant believes that failure to grant the above-requested
6  continuance would deny newly appointed counsel the reasonable time necessary for effective
7  preparation, taking into account the exercise of due diligence.

8      d)    The government does not object to the continuance.

9      e)    Based on the above-stated findings, the ends of justice served by continuing the
10  case as requested outweigh the interest of the public and the defendant in a trial within the
11  original date prescribed by the Speedy Trial Act.

12      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13  et seq., within which trial must commence, the time period of October 16, 2015 to November 20,
14  2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
15  T4] because it results from a continuance granted by the Court at defendant's request on the basis
16  of the Court's finding that the ends of justice served by taking such action outweigh the best
17  interest of the public and the defendant in a speedy trial.

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION REGARDING EXCLUDABLE TIME　　　　2
PERIODS UNDER SPEEDY TRIAL ACT

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 19, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ CHRISTIAAN H. HIGHSMITH
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

Dated:  October 19, 2015

/s/ CANDICE FIELDS
CANDICE FIELDS
Counsel for Defendant
Alex Velasquez Rangel

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  October 20, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge