LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ALEX VELASQUEZ RANGEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALEX VELASQUEZ RANGEL,<br><br>　　　　Defendant. | Case No.: 2:15-CR-093 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　　January 15, 2016<br>Time:　　　9:00 a.m.<br>Court:　　　Hon. Garland E. Burrell, Jr. |

This matter is presently set for a status conference before the Court on November 20, 2015. The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Christiaan Highsmith, and Defendant Alex Velasquez Rangel by and through his attorney Todd D. Leras, stipulate as follows:

　　　1.　By previous order, this matter was set for a status conference on November 20, 2015.

ORDER CONTINUING STATUS CONFERENCE

2. By this stipulation, Defendant now moves to continue the status conference to January 15, 2016 at 9:00 a.m., and to exclude time between November 20, 2015 and January 15, 2016, under Local Code T-4.  The United States does not oppose this request.

3. Defendant's present counsel recently requested to substitute into the case to replace his original attorney.  New counsel anticipates receiving discovery previously provided by the government to Defendant's original counsel.  Replacement counsel needs time to review this discovery and consult with Defendant about it.

4. Replacement counsel for Defendant believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of November 20, 2015 to January 15, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

ORDER CONTINUING STATUS CONFERENCE

1     Assistant U.S. Attorney Christiaan Highsmith has reviewed this proposed order and
2 authorized Todd Leras to sign it on his behalf.

DATED:  November 18, 2015

By    Todd D. Leras for
      CHRISTIAAN HIGHSMITH
      Assistant United States Attorney

DATED:  November 18, 2015

By    /s/ Todd D. Leras
      TODD D. LERAS
      Attorney for Defendant
      ALEX VELASQUEZ RANGEL

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for November 20, 2015, is vacated.  A new status conference is scheduled for January 15, 2016, at 9:00 a.m.  The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from November 20, 2015, up to and including January 15, 2016.

Dated:  November 19, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER CONTINUING STATUS CONFERENCE