LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ALEX VELASQUEZ RANGEL
(a.k.a. Juan Serrano Garcia)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ALEX VELASQUEZ RANGEL,<br><br>   Defendant. | Case No.: 2:15-CR-093 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    March 18, 2016<br>Time:    9:00 a.m.<br>Court:   Hon. Garland E. Burrell, Jr. |

    This matter is presently set for a status conference before the Court on February 26, 2016. The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Christiaan Highsmith, and Defendant Alex Velasquez Rangel (a.k.a. Juan Serrano Garcia) by and through his attorney Todd D. Leras, stipulate as follows:

ORDER CONTINUING STATUS CONFERENCE

1. By previous order, this matter was set for a status conference on February 26, 2016.

2. By this stipulation, Defendant now moves to continue the status conference to March 18, 2016, at 9:00 a.m., and to exclude time between February 26, 2016 and March 18, 2016, under Local Code T-4.  The United States does not oppose this request.

3. Defendant's appointed counsel recently substituted in to replace his original counsel. New counsel has received discovery in this matter from the government and reviewed it with Defendant using the assistance of a Spanish interpreter.  Defense counsel has determined that additional investigation and legal research is needed in this matter. The additional time requested is necessary to complete the required investigation and research.

4. Defense counsel believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account counsel's exercise of due diligence.

5. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 26, 2016 to March 18, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice

ORDER CONTINUING STATUS
CONFERENCE

served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Assistant U.S. Attorney Christiaan Highsmith has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: February 24, 2016

By    Todd D. Leras for
CHRISTIAAN HIGHSMITH
Assistant United States Attorney

DATED: February 24, 2016

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
ALEX VELASQUEZ RANGEL
(a.k.a. Juan Serrano Garcia)

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for February 24, 2016, is vacated. A new status conference is scheduled for March 18, 2016, at 9:00 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from February 26, 2016, up to and including March 18, 2016.

DATED: FEBRUARY 24, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER CONTINUING STATUS CONFERENCE