PHILLIP A. TALBERT
Acting United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ALEX VELASQUEZ RANGEL,<br> a.k.a. Juan Manuel Serrano-Garcia<br><br>       Defendant. | CASE NO.  2:15-CR-093 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 9, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation on September 9, 2016 and for trial on October 4, 2016.

2. By this stipulation, defendant now moves to vacate the trial confirmation and trial dates, to set a status conference on September 30, 2016, and to exclude time between September 9, 2016, and September 30, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

 a) The discovery associated with this case includes 293 Bates stamped items including audio recordings, videos, and several spreadsheets of phone data and text messages. All of this discovery has been either produced directly to counsel and/or made available for

inspection and copying.

b)      Counsel for defendant desires additional time to conduct additional investigation into this case and its relationship to another case recently related under Docket #53.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2016 to September 30, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

1

2          4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

3   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4   must commence.

5          IT IS SO STIPULATED.

6

7

8   Dated:  September 8, 2016                    PHILLIP A. TALBERT
                                                 Acting United States Attorney
9
                                                 /s/ AMANDA BECK
10                                               AMANDA BECK
                                                 Assistant United States Attorney
11

12

13  Dated:  September 8, 2016                    /s/ TODD LERAS
                                                 TODD LERAS
14                                               Counsel for Defendant
                                                 ALEX VELASQUEZ RANGEL
15

16

17

18                                   **FINDINGS AND ORDER**

19          IT IS SO FOUND AND ORDERED.

20          Dated:  September 8, 2016

21

22          _____

23          GARLAND E. BURRELL, JR.
            Senior United States District Judge
24

25

26

27

28