1  LAW OFFICE OF TODD D. LERAS
2  Todd D. Leras, CA SBN 145666
   455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  ALEX VELASQUEZ RANGEL
6  (True Name Juan Manuel Serrano Garcia)

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11                                              Case No.: 2:15-CR-093 GEB

12 UNITED STATES OF AMERICA,

13         Plaintiff,                           [PROPOSED] ORDER TO CONTINUE
                                                SENTENCING HEARING AND MODIFY
14 vs.                                          PRE-SENTENCE REPORT DEADLINES

15 ALEX VELASQUEZ RANGEL,

16         Defendant.                           Court:   Hon. Garland E. Burrell, Jr.

17                                              Date:    September 8, 2017
                                                Time:    9:00 a.m.
18

19

20

21

22
           The parties to this action, Plaintiff United States of America by and through Assistant
23
   U.S. Attorney Jason Hitt and Attorney Todd D. Leras on behalf of Defendant Juan Serrano
24
   Garcia, charged under the name of Alex Velasquez Rangel, request to continue the date presently
25
26 set for Judgment and Sentencing in the above-reference matter from August 4, 2017 to

27 ORDER CONTINUING
   SENTENCING HEARING AND
28 MODIFYING PSR SCHEDULE

September 8, 2017.  Defendant has completed his interview with the assigned probation officer, the probation department has completed the draft Pre-Sentence Report (PSR), but the defense needs additional time to conduct investigation and gather materials in support of its sentencing request.  Defendant is a Mexican national whose primary language is Spanish and he requires the services of an interpreter when discussing legal matters.  As a result, additional time is needed to review the pre-sentence investigation report with him and to prepare appropriate responses in support of his sentencing request.

The government does not oppose the request and the assigned probation officer is available to appear on the requested date.   It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1.   Informal Objections to Draft Pre-Sentence Report:  August 11, 2017;

2.  Pre-Sentence Report Date:   August 18, 2017;

3.  Motion for Correction Date:  August 25, 2017; and

4.  Reply Date:  September 1, 2017.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Jason Hitt has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED:  July 13, 2017

By   /s/ Todd D. Leras for
JASON HITT
Assistant United States Attorney

DATED:  July 13, 2017

By   /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
JUAN SERRANO GARCIA

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to September 8, 2017, at 9:00 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: JULY 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE